

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007
June 30, 2026

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office:  212) 356-2456

Application granted.

**VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED.

Hon. Ronnie Abrams
July 1, 2026

Re: *G.S. v. New York City Public Schools*, 25-cv-10609 (RA)(RWL)

Dear Judge Abrams:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 90-day stay of this action until October 5, 2026.  Plaintiff consents to this request, and has agreed to provide the needed billing records by July 7, 2026. On March 6, 2026, the Court granted Defendant's first request for an extension of the Answer deadline. (ECF 8). (Defendant's deadline to respond to the Complaint is currently July 6, 2026).

We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement.  We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

I also respectfully propose that, if a stay is granted, the parties be required to submit a joint status letter regarding settlement negotiations on or before October 5, 2026.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)