Drohan Lee

Erika M. Vásconez
T: (212) 710-0011
evasconez@dlkny.com

October 1, 2026

**VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *G.S. et al v. New York City Public Schools,* 25-cv-10609 (RA)(RWL)

Dear Judge Abrams,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties submit this joint status report per the Court's July 1, 2026, Order (ECF No. 10) and respectfully request an additional 60-day stay of this action until December 4, 2026. At this time, Plaintiffs' counsel provided the necessary attorney billing records and Defendant is diligently processing this matter for settlement. The request, if granted, will allow the parties to hopefully resolve this matter without burdening the Court with motion practice. This is the parties' second request for a stay.

Accordingly, if the requested stay is granted, the parties propose the submission of a joint status letter on or before December 4, 2026, updating the Court on the status of settlement negotiations. Thank you for considering this request.

Respectfully submitted,

By: */s/ Erika M. Vásconez*
Erika M. Vásconez, Esq.

cc: Irina Roller, Esq. (*via* ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 2, 2026